IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| OWEN HARTY<br><br>v.<br><br>WYNNEWOOD INVESTMENT GROUP | CIVIL ACTION<br><br>NO.   16-918 |
|---|---|

### ORDER

**AND NOW, TO WIT:**   This  9th   day of  August , 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY:**   /s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk

cc:   John F. Ward, Esq. (johnfward@gmail.com)
      Jessica M. Gulash, Esq. (jgulash@lbmlaw.com)

O:\CIVIL 16\16-918 HARTY V. IG WYNNEWOOD\16CV918 41B ORDER 08092016.DOCX